No. 245. TALLER *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Abraham Glasser* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 246. MARKS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Eugene Gressman* and *Randall S. Jones* for petitioner. *Solicitor General Griswold, Assistant Attorney General Rogovin,* and *Joseph M. Howard* for the United States.

No. 253. HAMMOND *v.* ARKANSAS EX REL. DAVIS, SHERIFF. Sup. Ct. Ark. Certiorari denied. *Leon B. Catlett* for petitioner.

No. 254. ARGONAUT SAVINGS & LOAN ASSN. ET AL. *v.* FEDERAL DEPOSIT INSURANCE CORP., RECEIVER. C. A. 9th Cir. Certiorari denied. *Howard B. Crittenden, Jr.,* for petitioners. *Charles A. Legge, S. Rex Lewis,* and *Leslie H. Fisher* for respondent.

No. 255. BRENNAN ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Theodore Rosenberg* for petitioners. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.

No. 259. RHODES, GOVERNOR OF OHIO, ET AL. *v.* BUCHANAN ET AL. C. A. 6th Cir. Certiorari denied. *William B. Saxbe,* Attorney General of Ohio, and *Charles S. Lopeman* for petitioners. *Richard M. Markus* for respondents.